# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.  ) | CR421-118 |
| ) | |
| ALEJANDRO PEDROZA-ROMERO ) | |
| ) | |
| Defendant. ) | |

## ORDER

Assistant United States Attorney Tara Lyons has requested "protection" in this case while she is "engaged in the criminal trial of *United States of America v. Travis McMichael, Gregory McMichael and William "Roddie" Bryan*, Case No: 2:21-CR-22." Doc. 41. The Court construes her request as one for a leave of absence, which may be granted as a matter of course. *See* S.D. Ga. L. Civ. R. 83.9; S.D. Ga. L. Crim. R. 1.1. For that reason, Ms. Lyons' request is **GRANTED**. Doc. 41. She is excused from appearing in this case from January 20, 2022 through and including February 25, 2022. However, her leave of absence shall not prevent this case from going forward. It is the affirmative obligation of Ms. Lyons to ensure a substitute Assistant

United States Attorney is prepared to handle any matters scheduled during that time.

**SO ORDERED**, this 11th day of January, 2022.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA